IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GEORGE GUO #02348097,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-00432-L-BN** |
| | § | |
| **DIRECTOR, TDCJ-CID,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## **ORDER**

On September 15, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 38) was entered, recommending that the court **deny** Petitioner George Guo's ("Petitioner" or "Mr. Guo") Motion for Temporary Restraining Order and Injunction ("Motion") (Doc. 26). Petitioner's Objections to Findings, Conclusions, and Recommendation of the Magistrate Judge ("Objections") (Doc. 47) was filed October 10, 2025, and Petitioner's Motion for Leave to Supplement and Supplement to Petitioner's Objections ("Supplement") (Doc. 44) was filed October 7, 2025. Magistrate Judge David Horan determined that Petitioner cannot prevail on any of the elements for a Temporary Restraining Order, and, therefore, his Motion should be denied. *See* Report. The court agrees.

First, Magistrate Judge Horan found that Mr. Guo "cannot prevail on his request for injunctive relief because his injury is speculative." Report at 2 (citing *City of Los Angeles v. Lyons*, 461 U.S. 95, 111 (1983)). Second Magistrate Judge Horan determined that Mr. Guo cannot prevail because he "has requested injunctive relief against state prison authorities in a habeas proceeding." *Id.* As a result, the magistrate judge recommends that the court **deny** the Motion.

**Order – Page 1**

After considering the pleadings, objections—and after conducting a de novo review of that part of the Report to which Petitioner objects—file, record, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **denies** Petitioner's Motion.

**It is so ordered** this 3rd day of April, 2026.

Sam A. Lindsay
United States District Judge

**Order – Page 2**